# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. _____

CRAIG SMITH AND SHANNON SMITH,

    Plaintiff,

       v.

ACCOUNTS RECEIVABLES MANAGEMENT, INC.,

    Defendant.

---

## PLAINTIFFS' COMPLAINT AND DEMAND FOR JURY TRIAL

### (Unlawful Debt Collection Practices)

---

## PLAINTIFF'S COMPLAINT

CRAIG SMITH and SHANNON SMITH, Plaintiffs, through their attorneys, KROHN & MOSS, LTD., allege the following against ACCOUNTS RECEIVABLES MANAGEMENT, INC., Defendant:

### INTRODUCTION

1. Count I of Plaintiffs' Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

## JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Because Defendant is located in the State of Colorado and conducts business in the state of Colorado, personal jurisdiction is established.

4. Venue is proper pursuant to *28 U.S.C. 1391(b)(1)*.

5. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

## PARTIES

6. Plaintiffs are natural persons residing in Monroe, Washington, and are allegedly obligated to pay a debt and are "consumers" as that term is defined by *15 U.S.C. 1692a(3)*.

7. Pursuant to the definitions outlined in *15 U.S.C. 1692a(1-6)*, Defendant is a debt collector and sought to collect a consumer debt from Plaintiffs which was allegedly due and owing from Plaintiffs, and Plaintiffs are consumer debtors.

8. Defendant is a national company with an office location in Colorado Springs, El Paso County, Colorado.

9. Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by *15 U.S.C. § 1692a(6)*.

10. Defendant is a collection agency that in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection.

## FACTUAL ALLEGATIONS

11. Defendant constantly and continuously places collection calls to Plaintiffs on their home telephone number seeking and demanding payment for an alleged debt.

12. Defendant places collection calls to the Plaintiffs two times per day almost every other day.

13. Defendant places collection calls demanding Plaintiffs' checking account number.

14. Defendant places collection calls and leaves messages disclosing debt information on Plaintiffs' voicemail.

15. Defendant places calls to Plaintiffs and do not leave any messages.

16. Defendant places telephone calls without meaningful disclosure of the caller's identity.

17. Defendant places collection calls and speaks with whoever answers without verifying who answered the phone call.

18. Defendant places collection calls and is very rude to Plaintiffs – speaking over them when they speak and not allowing them to talk.

19. Defendant places collection calls before 8:00 a.m.

20. Defendant never sent a debt validation letter.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

21. Defendant violated the FDCPA based on the following:

   a. Defendant violated *§1692c(a)(1)* of the FDCPA by calling at a time which should be known to be inconvenient to the consumers by calling before 8:00 a.m.

   b. Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiffs.

   c. Defendant violated *§1692d(6)* of the FDCPA by placing telephone calls without meaningful disclosure of the caller's identity because Defendant only calls themselves " Don".

   d. Defendant violated *§1692e(11)* of the FDCPA by failing to disclose in subsequent communications that the communication is from a debt collector.

   e. Defendant violated *§1692g(a)(1-5)* by failing to provide appropriate notice of the debt within 5 days after the initial communication including: (1) the amount of the debt; (2) the name of the creditor to whom the debt is owed; (3) a statement that unless the consumer, within 30 days after receipt of the notice, disputes the validity of the debt, or any portion thereof, the debt will be assumed to be valid by the debt collector; (4) a statement that if the consumer notifies verification of the debt or a copy of a judgment against the consumer and a the debt collector in writing within the 30-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain copy of such verification or judgment will be

PLAINTIFFS' COMPLAINT AND DEMAND FOR JURY TRIAL

4

mailed to the consumer by the debt collector; and (5) a statement that, upon the consumer's written request within the 30-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor.

WHEREFORE, Plaintiffs, CRAIG SMITH and SHANNON SMITH, respectfully request judgment be entered against Defendant, ACCOUNTS RECEIVABLES MANAGEMENT, INC., for the following:

22. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

23. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

24. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

25. Any other relief that this Honorable Court deems appropriate.

## **DEMAND FOR JURY TRIAL**

Plaintiffs, CRAIG SMITH and SHANNON SMITH, request a jury trial in this case.

DATED: March 18, 2010            KROHN & MOSS, LTD.

                          By:   /s/ Nicholas Bontrager            _
                                Nicholas J. Bontrager, Esq.
                                Krohn & Moss, Ltd.
                                10474 Santa Monica Blvd., Ste. 401
                                Los Angeles, CA 90025
                                Ph: (323) 988-2400; Fx: (866) 802-0021
                                nbontrager@consumerlawcenter.com

## VERIFICATION OF COMPLAINT AND CERTIFICATION

(STATE OF COLORADO)

Plaintiffs, CRAIG SMITH and SHANNON SMITH, state as follows:

1. We are the Plaintiffs in this civil proceeding.
2. We have read the above-entitled civil Complaint prepared by our attorneys and we believe that all of the facts contained in it are true, to the best of our knowledge, information and belief formed after reasonable inquiry.
3. We believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. We believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. We have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit we have provided to our attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by our attorneys where appropriate, we have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), we, CRAIG SMITH and SHANNON SMITH, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 3/10/2009

CRAIG SMITH

DATE: 3/10/2009

SHANNON SMITH

7

PLAINTIFFS' COMPLAINT AND DEMAND FOR JURY TRIAL