**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-CV-00627 –PAB-BNB

CRAIG SMITH AND SHANNON SMITH,

    Plaintiff,

        v.

ENHANCED RECOVERY CORPORATION,

    Defendant.

---

**PLAINTIFFS' AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL**

**(Unlawful Debt Collection Practices)**

---

**PLAINTIFF'S AMENDED COMPLAINT**

CRAIG SMITH and SHANNON SMITH, Plaintiffs, through their attorneys, KROHN & MOSS, LTD., allege the following against ENHANCED RECOVERY CORPORATION Defendant:

**INTRODUCTION**

1. Count I of Plaintiffs' Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

## JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Because Defendant is located in the State of Colorado and conducts business in the state of Colorado, personal jurisdiction is established.

4. Venue is proper pursuant to *28 U.S.C. 1391(b)(1)*.

5. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

## PARTIES

6. Plaintiffs are natural persons residing in Monroe, Washington, and are allegedly obligated to pay a debt and are "consumers" as that term is defined by *15 U.S.C. 1692a(3)*.

7. Pursuant to the definitions outlined in *15 U.S.C. 1692a(1-6)*, Defendant is a debt collector and sought to collect a consumer debt from Plaintiffs which was allegedly due and owing from Plaintiffs, and Plaintiffs are consumer debtors.

8. Defendant is a national company with an office location in Jacksonville, Duval County, Florida.

9. Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by *15 U.S.C. § 1692a(6)*.

10. Defendant is a collection agency that in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection.

## FACTUAL ALLEGATIONS

11. Defendant constantly and continuously places collection calls to Plaintiffs on their home telephone number seeking and demanding payment for an alleged debt.

12. Defendant places collection calls to the Plaintiffs two times per day almost every other day.

13. Defendant places collection calls demanding Plaintiffs' checking account number.

14. Defendant places collection calls and leaves messages disclosing debt information on Plaintiffs' voicemail.

15. Defendant places calls to Plaintiffs and do not leave any messages.

16. Defendant places telephone calls without meaningful disclosure of the caller's identity.

17. Defendant places collection calls and speaks with whoever answers without verifying who answered the phone call.

18. Defendant places collection calls and is very rude to Plaintiffs – speaking over them when they speak and not allowing them to talk.

19. Defendant placed collection calls before 8:00 a.m. on at least two occasions.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

20. Defendant violated the FDCPA based on the following:

   a. Defendant violated *§1692c(a)(1)* of the FDCPA by calling at a time which should be known to be inconvenient to the consumers by calling before 8:00 a.m.

   b. Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiffs.

   c. Defendant violated *§1692d(6)* of the FDCPA by placing telephone calls without meaningful disclosure of the caller's identity because Defendant only calls themselves " Don".

   d. Defendant violated *§1692e(11)* of the FDCPA by failing to disclose in subsequent communications that the communication is from a debt collector.

WHEREFORE, Plaintiffs, CRAIG SMITH and SHANNON SMITH, respectfully request judgment be entered against Defendant, ENHANCED RECOVERY CORPORATION, for the following:

21. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

22. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

23. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

24. Any other relief that this Honorable Court deems appropriate.

## DEMAND FOR JURY TRIAL

Plaintiffs, CRAIG SMITH and SHANNON SMITH, request a jury trial in this case.

DATED:  May 17, 2010                           KROHN & MOSS, LTD.

                                   By:     /s/ Nicholas Bontrager
                                           Nicholas J. Bontrager, Esq.
                                           Krohn & Moss, Ltd.
                                           10474 Santa Monica Blvd., Ste. 401
                                           Los Angeles, CA 90025
                                           Ph: (323) 988-2400; Fx: (866) 802-0021
                                           nbontrager@consumerlawcenter.com