IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer

Civil Action No.10-cv-00627-PAB-BNB

CRAIG SMITH and
SHANNON SMITH,

    Plaintiff,

v.

ENHANCED RECOVERY CORPORATION,

    Defendant.

## ORDER DENYING MOTION TO TRANSFER

    This federal consumer protection case comes before the Court on plaintiffs' motion to transfer [Docket No. 9]. The motion explains that the plaintiffs, after filing their case, realized that they named the wrong entity as the defendant in this matter. Having determined the proper defendant, they now request that the Court transfer this matter under 28 U.S.C. § 1404 to the district where that defendant is located, the District of Florida. Plaintiffs, however, fail to present the necessary factual context and argument for their request. *See McKenna v. CDC Software, Inc.*, No. 08-cv-00110-EWN-MEH, 2008 WL 4197740, at *4 (D. Colo. Sept. 9, 2008) (describing the § 1404(a) analysis). In fact, plaintiffs fail to even explain to which of Florida's three federal districts they wish the Court to transfer this case.

    Therefore, in order for plaintiffs to litigate this case in Florida, they must either file a motion with this Court which provides the proper context for a § 1404(a) transfer or they must file a new case in the district court in Florida where they wish to be.

Accordingly, it is

**ORDERED** that plaintiffs' motion to transfer [Docket No. 9] is DENIED.

DATED June 1, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge